CHARLES E. STEVENS et al., as Executors of NATHAN F. GRAVES, Deceased, Respondents, v. CHARLES A. ROUSE et al., Defendants, Impleaded with Others.

CHRISTIAN COOK, Appellant.

*Stevens* v. *Rouse*, 35 App. Div. 632, affirmed.
(Argued January 30, 1901; decided February 15, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 16, 1898, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Louis L. Waters* and *D. F. McLennan* for appellant.

*Augustus C. Stevens* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

In the Matter of the Accounting of DUNCAN M. ROBERTSON, as Executor of LEICESTER BURNETT, Deceased, Appellant; ADELMA M. SMITH et al., Respondents.

*Matter of Robertson*, 51 App. Div. 117, affirmed.
(Argued January 30, 1901; decided February 15, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, made May 6, 1900, affirming a decree of the St. Lawrence County Surrogate's Court judicially settling the accounts of Duncan M. Robertson, as executor of Leicester Burnett, deceased.

*Vasco P. Abbott* for appellant.

*Kendall B. Castle* for respondents.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.